UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

www.flsb.uscourts.gov

In re:
GERALDO AND ZORAIDA ROQUEZ,   Case No. 12-14753-RAM
    Debtors
_____/   Chapter 13

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the Motion to Value and Determine Secured Status of Lien on Real Property and Notice of Hearing was sent via certified mail on this 23rd day of April 2012 to all parties on the attached service list.

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
900 W 49th Street, Ste 500
Hialeah, FL 33012
Tel. (305) 687-8008

By:/s/Robert Sanchez_____
      Robert Sanchez, Esq., FBN#0442161

Nancy Herkert, Trustee
ECF Registered User

Wachovia/ Wells Fargo Bank
c/o John G. Stumpf, CEO
420 Montgomery Street
San Francisco, CA 94104

Wells Fargo, N.A.
Corporation Service Company, R.A.
1201 Hays Street
Tallahassee, FL 32301

Wachovia Bank, N.A. / Wells Fargo
301 S Tryon St
Charlotte, NC 28282