**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

CASE NO.: **12-14753-RAM**

☐ ____2nd____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Geraldo Roquez                           CO-DEBTOR: Zoraida Roquez
Last Four Digits of SS# xxx-xx-6929              Last Four Digits of SS# xxx-xx-5709

☐ This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee not to exceed 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of __60__ months: In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors' pro-rata under the plan:

    A.    $ __372.93__ for months __1__ to __60__ ;
    B.    $_____ for months _____ to _____;
    C.    $_____ for months _____ to _____ in order to pay the following creditors:

Administrative:    Attorney's Fee    $ 3,650.00 + $600.00 (Motion to Value)
                                        + $600.00 (Motion to Value Non-Homestead)
                      TOTAL ATTORNEY FEES $4,850.00
                      TOTAL PAID    $ 2,500.00
                      Balance Due    $ 2,350.00 payable $ 195.84 month (Months __1__ to __12__ )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgages(s)/Liens on Real or Personal Property:

1. Wells Fargo Bank, N.A.            Total Due $ 10,000.00 + 5.25% = $11,376.05 (Lot)
Address P.O. Box 5169               Payment $ 139.80 /month (Months __1__ to __12__ )
     Sioux Falls, SD 57117-5169       Payment $ 202.03 /month (Months __13__ to __60__ )
     Loan No. xxxxxx0001

2. _____    Arrears Payment $_____
_____     Arrears Payment $_____/month (Months____ to ___)
_____     Regular Payment $_____/month (Months____ to ___)
                                          Arrears Payment $_____/month (Months____ to ___)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Value of Collateral | Rate of Interest | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
| Bank of America<br>Loan No. xxxx7799<br>Prop Add: 7963 NW 198th St<br>Miami, FL 33015 | $168,718.00 | 0% | N/A | N/A | N/A |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. __n/a_____        Total Due $_____
                                 Payable $_____/month (Months ____ to ___)

Unsecured Creditors: Pay $ 133.58 month (Months __13__ to __60__ ).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above : The debtor is paying Select Portfolio (Loan No. xxx9108) directly outside the plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Robert Sanchez, Esq.
Attorney for debtor
Date: 06/08/12