IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In Re:    Geraldo Roquez
          Zoraida Roquez                    Case No:    12-14753-RAM
                                            Chapter 13
          Debtors.
_____/

**MOTION TO AMEND ORDER [RE: DE#49] GRANTING MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN ON REAL PROPERTY WELLS FARGO BANK, N.A. (LOAN NO. XXXX5520001)**

**COME NOW,** the Debtors, Geraldo and Zoraida Roquez, by and through undersigned counsel, and file this Motion to Amend Order [ECF#49] Granting Motion To Value and Determine Secured Status of Lien on Real Property with Wells Fargo Bank, N.A. in order to correct a scrivener's error and in support thereof would state as follows:

1. Debtors filed for bankruptcy relief on February 28, 2012.
2. The second amended plan was confirmed on July 16, 2012 paying Wells Fargo Bank, N.A. (Secured Creditor) the cramdown amount of $11,376.05 for a vacant lot.
3. On April 23, 2012, the Debtors filed a Motion To Value [ECF#32] that sought to pay the above-mentioned cramdown amount through the plan.
4. On May 11, 2012, the Motion to Value was granted by Order [ECF#49].
5. The aforementioned Order contained a scrivener's error within its body, specifically, the Secured Creditor's secured claim in paragraph 2 should be changed from allowing a secured claim of $0.00 to $11,376.05 as per the confirmed plan.
6. According to the Trustee's ledger, the Trustee has already disbursed the full cramdown amount to the Creditor.
7. Furthermore, in the confirmed plan, the cramdown amount is listed in the secured creditor section instead of the appropriate valuation section as per the Motion to Value.
8. With this instant Motion to Amend, the Debtors are also seeking the Amended Order to state that the plan deems treatment of the claim as a cramdown as per the Motion to Value instead of as a regular secured creditor.
9. The undersigned has attached a proposed order correcting said error.
10. This motion is made in good faith and not for the purpose of delay.

**WHEREFORE,** the Debtor respectfully requests that this Court grant this Motion to Amend the Order Granting the Motion To Value and Determine Secured Status of Lien on Real Property and for such further relief as this Honorable court deems necessary and just.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Motion to Amend Order was sent via CM/ECF to: Nancy Neidich, Chapter 13 Trustee, Post Office Box 279806, Miramar, Florida 33027 and to all creditors of record by regular mail this 22nd day of May 2017.

Robert Sanchez, Esq.
355 West 49 Street
Hialeah, FL 33012
Tel. (305)-687-8008

By: /s/ Robert Sanchez
Robert Sanchez, Esquire
FBN#0442161