UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:

      Geraldo Roquez              Case No. 12-14753-RAM
      Zoraida  Roquez
            Debtor(s).           Chapter 13
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Motion to Amend

Motion to Value and Notice of Hearing was sent to all parties on the attached service list

on May 22, 2017.

Electronically: Nancy K. Neidich, Trustee

First Class Mail:

Debtor(s), Geraldo Roquez Zoraida  Roquez
7963 NW 198 Street
Hialeah, FL 33015

All Creditors on the Matrix

First Class and Certified Mail:

Wachovia/ Wells Fargo Bank      Wells Fargo, N.A.
c/o Timothy J. Sloan, CEO       Corporation Service Company, R.A.
420 Montgomery Street           1201 Hays Street
San Francisco, CA 94104        Tallahassee, FL 32301

Wachovia Bank, N.A. / Wells Fargo
301 S Tryon St
Charlotte, NC 28282

                    Respectfully Submitted:
                    **ROBERT SANCHEZ, P.A.**
                    Attorney for Debtor
                    355 West 49th Street
                    Hialeah, FL 33012
                    Tel. 305-687-8008

                    By:*/s/ Robert Sanchez*_____
                    Robert Sanchez, Esq., FBN#0442161