

**ORDERED in the Southern District of Florida on June 27, 2017.**

**Robert A. Mark, Judge
United States Bankruptcy Court**

___

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA**

Geraldo Roquez
Zoraida Roquez

Debtors.
_____/

Case No:    12-14753-RAM
Chapter 13

# ORDER GRANTING MOTION TO AMEND ORDER (RE: ECF#49) GRANTING MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN ON REAL PROPERTY WITH WELLS FARGO BANK, N.A. [ECF#66]

THIS CAUSE came to be heard on  June 13, 2017 at 9:00 AM  upon the Debtors' Motion to Amend Order [ECF#49] Granting Motion to Value and Determine Secured Status of Lien on Real Property with Wells Fargo Bank, N.A. (the "Motion to Amend") [ECF#66]. Based on the record it is

**ORDERED**:

1. The Motion to Amend Order is Granted.

2. The Order [ECF#49] Granting Motion to Value and Determine Secured Status of Lien on Real Property with Wells Fargo Bank, N.A. is amended to reflect the full

      stripdown amount of $11,376.05 that has already been paid to Wells Fargo Bank, N.A. at proof of claim #8.

3. An Amended Order Granting the Motion to Value will be issued to reflect the amendment reflected in this Order.

4. Wells Fargo Bank, N.A.'s claim is stripped down pursuant to said Amended Order Granting the Motion to Value.

5. The plan base shall be increased by approximately $755.42 and the Trustee shall disburse to Wells Fargo Bank, N.A.'s general unsecured portion of claim #8 approximately $812.80 which shall be deemed a full pro-rata payment of WF's unsecured portion of claim #8.

# # #

Robert Sanchez, Esq. is directed to serve copies of this order on all interested parties and file a certificate of service with the Clerk of the Court.